(91 South. 923)

POWELL & MURPHREE v. FIRST NAT. BANK OF NEW BROCKTON. (4 Div. 957.) (Supreme Court of Alabama. Jan. 12, 1922.) Appeal from Circuit Court, Coffee County; A. B. Foster, Judge. C. W. Simmons, of Enterprise, for appellee.

PER CURIAM. Appeal dismissed by appellant.

---

(92 South. 921)

PRUITT v. PRUITT. (6 Div. 594.) (Supreme Court of Alabama. April 6, 1922.) Appeal from Circuit Court, Jefferson County; Dan A. Greene, Judge. Smith, Wilkinson & Smith, of Birmingham, for appellant. Clark Williams and J. H. Willis, both of Birmingham, for appellee.

THOMAS, J. The subject-matter of this appeal is ruled by the decision in Ex parte John A. Pruitt, Ruth Pruitt, Intervener, ante, p. 261, 92 South. 426.

See, also, 205 Ala. 484, 88 South. 451.

ANDERSON, C. J., and McCLELLAN and SOMERVILLE, JJ., concur.

---

(92 South. 921)

Ex parte REESE. (5 Div. 815.) (Supreme Court of Alabama. Feb. 2, 1922. Rehearing Denied April 13, 1922.) Certiorari to Court of Appeals. N. D. Denson & Son, of Opelika, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Application of Cheatham Reese for certiorari to the Court of Appeals to review and revise the judgment of said court affirming on the appeal in Cheatham Reese v. State of Alabama, 18 Ala. App. 357, 92 South. 77. Writ denied.

ANDERSON, C. J., and McCLELLAN, SOMERVILLE, and THOMAS, JJ., concur.

---

(92 South. 921)

REEVES v. STATE. (6 Div. 410.) (Supreme Court of Alabama. Jan. 12, 1922.) Appeal from Circuit Court, Jefferson County; Wm. E. Fort, Judge. L. C. Albright, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

THOMAS, J. The appeal is upon the record proper, without bill of exceptions. There is no error apparent of record. Affirmed.

ANDERSON, C. J., and McCLELLAN and SOMERVILLE, JJ., concur.

---

(92 South. 922)

REEVES v. STATE. (6 Div. 411.) (Supreme Court of Alabama. Jan. 12, 1922.) Appeal from Circuit Court, Jefferson County; Dan A. Greene, Judge. Harwell G. Davis, Atty. Gen., for the State.

SOMERVILLE, J. The appeal is on the record without bill of exceptions, and no error is shown in the record proper. Affirmed.

ANDERSON, C. J., and McCLELLAN and THOMAS, JJ., concur.

---

(91 South. 923)

RICHBURG v. STATE. (4 Div. 948.) (Supreme Court of Alabama. Nov. 3, 1921.) Certiorari to Court of Appeals. Frank B. Bricken, of Luverne, and Hill, Hill, Whiting & Thomas, of Montgomery, for appellant. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Application of Homer D. Richburg for certiorari to Court of Appeals to review and revise the judgment of said court rendered in the appeal of Richburg v. State, 18 Ala. App. 266, 91 South. 323. Writ denied.

McCLELLAN, GARDNER, THOMAS, and MILLER, JJ., concur.

---

(91 South. 923)

SCHOEL v. UNITED ORDER OF GOLDEN CROSS. (6 Div. 421.) (Supreme Court of Alabama. Nov. 29, 1921.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. Foster, Verner & Rice, of Tuscaloosa, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(92 South. 922)

SINGLETON & CO. v. INTERNATIONAL SHOE CO. (8 Div. 430.) (Supreme Court of Alabama. Jan. 31, 1922.) Appeal from Circuit Court, Marshall County; W. W. Haralson, Judge. John A. Lusk & Son, of Guntersville, for appellee.

PER CURIAM. Affirmed on certificate.

---

(92 South. 922)

SMITH v. STATE. (6 Div. 517.) (Supreme Court of Alabama. Jan. 12, 1922.) Appeal from Circuit Court, Jefferson County; Wm. E Fort, Judge. Harwell G. Davis, Atty. Gen., for the State.

McCLELLAN, J. The appeal is on the record only; there is no bill of exceptions, and no error appears on record. Affirmed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

---

(91 South. 923)

SOLBERG v. BOHN. (1 Div. 179.) (Supreme Court of Alabama. Nov. 15, 1921.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge.

PER CURIAM. Appeal dismissed by appellant.